UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA M. MEHAYLO | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | |
| DANIEL P. LORIS, | : | |
| OFFICER DOMINGUEZ, | : | |
| and OFFICER DEANGELO | : | DECEMBER 23, 2019 |

## **COMPLAINT**

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is a 58-year-old woman, who is five feet two inches tall and weighs 110 pounds. She resides in Seymour, Connecticut. At the time of the events described hereinafter, she resided at 89 Shelton Avenue in Shelton, Connecticut.

4. During all times mentioned in this complaint, the defendants Loris and

Dominguez were officers in the Police Department of Shelton, Connecticut, and the defendant Deangelo was an officer in the Police Department of Derby, Connecticut.  All defendants are sued only in their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7.  At approximately 8:40 p.m. on or about February 15, 2017, the defendants forcibly entered upon the plaintiff's aforesaid property in Shelton and took the plaintiff into custody in connection with an alleged motor vehicle accident.  They had no warrant.

8.  At the said time and location, the three defendants grabbed the plaintiff by her arms and dragged her out of her house, striking her repeatedly about the face, head and torso and inflicting significant bruising upon the plaintiff, causing her severe pain, a possible concussion, and post-traumatic stress which required extensive medical treatment and permanent disability.

9. The amount and degree of force utilized by the defendants upon the plaintiff was completely unnecessary, inappropriate, excessive and unreasonable. At no time did the plaintiff present any danger to the defendants and at no time did she engage in any conduct warranting the brutality inflicted upon her by the defendants.

10. In the manner described above, the defendants used unreasonable force upon the plaintiff in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

11. In the manner described above, the defendants committed an assault and battery upon the plaintiff in violation of the common law of the State of Connecticut.

WHEREFORE, the claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY: _____/s/_____John R. Williams_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com