UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA M. MEHAYLO, | : | CIV. NO.3:19cv02002(VAB) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DANIEL P. LORIS, ET AL. | : | MARCH 11, 2022 |
|     Defendants. | | |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56(b), defendants Daniel Loris ("Officer Loris") and Manuel Dominguez ("Officer Dominguez"), respectfully move for summary judgment on § 1983 excessive force and common law assault and battery pending against them. As is demonstrated in the accompanying Memorandum of Law, Statement of Undisputed Facts, and supporting exhibits, these defendants are entitled to summary judgment as a matter of law because their contested uses of force were objectively reasonable, which is fatal to plaintiff's excessive force claim on the merits, and also entitles these defendants to qualified immunity from liability for it under § 1983. Plaintiff's assault and battery claim against these defendants also fails based on the undisputed material facts and applicable legal standard.

Lastly, to the extent plaintiff claims any other Fourth Amendment violation by these defendants, beyond their use of force, no such claim is pleaded in the complaint, and plaintiff never sought permission to amend her complaint for that purpose. Moreover, the undisputed facts and applicable law establish that plaintiff cannot prevail against these defendants on any other Fourth Amendment theory.

For the foregoing reasons, and all those set forth in the attached Memorandum of Law, these defendants respectfully move this Court to enter judgment in their favor and dismiss them from the case.

DEFENDANTS, DANIEL P. LORIS, MANUEL DOMINGUEZ

BY /ss/ Patrick D. Allen
Patrick D. Allen
Federal Bar No.: ct28403
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
pallen@kt-lawfirm.com

## CERTIFICATION

I hereby certify that on March 11, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ Patrick D. Allen
Patrick D. Allen